# Order

**Michigan Supreme Court**
**Lansing, Michigan**

February 27, 2007

132651

PEOPLE OF THE STATE OF MICHIGAN,
      Plaintiff-Appellee,

v

CANTEL RAYBURN HAYDEN,
      Defendant-Appellant.

Clifford W. Taylor,
*Chief Justice*

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
*Justices*

SC: 132651
COA: 272702
Wayne CC: 05-002205-01

_____/

On order of the Court, the application for leave to appeal the October 23, 2006 order of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

February 27, 2007

_____
Clerk

t0220